Mark CRAIG, Relator,

v.

AMERICOLD LOGISTICS LLC and
Liberty Mutual Insurance Co.,
Respondents.

No. CX–02–1536.

Supreme Court of Minnesota.

Nov. 19, 2002.

Rehearing Denied Dec. 17, 2002.

Mark L. Rodgers, P.C., Bemidji, for re-
lator.

Nikki K. Jones, Conley & Borgeson, St.
Paul, for respondent.

## ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed August 7, 2002, be,
and the same is, affirmed without opinion.
*See* Minn. R. Civ.App. P. 136.01.

BY THE COURT
Kathleen A. Blatz
Kathleen A. Blatz
Chief Justice